| | |
|---|---|
| 1 | SHAUN SETAREH (SBN 204514) |
| | Email: shaun@setarehlaw.com |
| 2 | TUVIA KOROBKIN (SBN 268066) |
| | Email: tuvia@setarehlaw.com |
| 3 | SETAREH LAW GROUP |
| | 9454 Wilshire Blvd., Suite 907 |
| 4 | Beverly Hills, California 90212 |
| | Telephone: (310)888-7771 |
| 5 | Facsimile: (310) 888-0109 |
| 6 | Attorneys for Plaintiff |
| | JOSEPH TREJO |
| 7 | |
| | GLENN L. BRIGGS (SBN 174497) |
| 8 | Email: gbriggs@kadingbriggs.com |
| | KYMBERLEIGH DAMRON-HSIAO (SBN 240508) |
| 9 | Email: kdh@kadingbriggs.com |
| | KADING BRIGGS LLP |
| 10 | 100 Spectrum Center Drive, Suite 800 |
| | Irvine, California 92618 |
| 11 | Telephone: (949) 450-8040 |
| | Facsimile: (949) 450-8033 |
| 12 | |
| | Attorneys for Defendant |
| 13 | SIMMONS BEDDING COMPANY, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MICHAEL TREJO, on behalf of himself, all others similarly situated, | Case No.: 15-CV-01810-CRB |
| | Honorable Charles R. Breyer |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| SIMMONS BEDDING COMPANY, LLC, a Delaware Limited Liability Company; and DOES 1-50, inclusive, | Date : August 14, 2015 |
| | Time : 10:00 am |
| | Courtroom: 6 |
| Defendants. | |
| | Complaint filed: April 22, 2015 |

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

1 **ORDER**

2 After considering the parties' Joint Stipulation to Continue Initial Case
3 Management Conference, IT IS ORDERED that the Case Management Conference
4 currently scheduled for August 14, 2015, at 10:00 a.m., is continued to September
5 4, 2015 at 8:30 a.m.

7 **IT IS SO ORDERED.**

10
11 Dated: _August 13_, 2015      _____
                                 Hon. Charles R. Breyer