1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MICHAEL TREJO, on behalf of himself, all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SIMMONS BEDDING COMPANY, LLC, a Delaware limited liability corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 15-CV-01810-CRB<br><br>**ORDER RE: JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING OUTCOME OF MEDIATION**<br><br>Action Filed: April 22, 2015 |

344699

# **ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered the Joint Stipulation between counsel for Plaintiff JOSEPH TREJO ("Plaintiff") and Defendant SIMMONS BEDDING COMPANY, LLC ("Defendant") to continue the Case Management Conference currently scheduled for February 19, 2016 pending a confirmed mediation with Steven Rottman, and good cause appearing therefore, this Court hereby ORDERS:

1.  The Parties shall mediate this case with Steven Rottman on March 8, 2016;

2.  The Parties shall file a Supplemental Joint Case Management Statement on or by Friday, April 15, 2016, advising the Court of the outcome of mediation and proposing a new briefing schedule for class certification and any other affected dates; and

3.  The Court shall hold a Further Case Management Conference on April 22, 2016 at 8:30 am.

IT IS SO ORDERED.

Dated: February 8, 2016            By: _____
                                    HONORABLE CHARLES R. BREYER

344699

1

[PROPOSED] ORDER RE: JOINT STIP. TO CONTINUE CASE MGMT. CONF.